JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR - 6 2008

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: BAUSCH & LOMB INC. CONTACT LENS
SOLUTION PRODUCTS LIABILITY LITIGATION         MDL No. 1785

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-23)

On August 14, 2006, the Panel transferred nine civil actions to the United States District Court for the District of South Carolina for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 444 F.Supp.2d 1336 (J.P.M.L. 2006). Since that time, 178 additional actions have been transferred to the District of South Carolina. With the consent of that court, all such actions have been assigned to the Honorable David C. Norton.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of South Carolina and assigned to Judge Norton.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of South Carolina for the reasons stated in the order of August 14, 2006, and, with the consent of that court, assigned to the Honorable David C. Norton.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of South Carolina. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

MAR 2 4 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

**IN RE: BAUSCH & LOMB INC. CONTACT LENS
SOLUTION PRODUCTS LIABILITY LITIGATION**                    MDL No. 1785

## SCHEDULE CTO-23 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**          **CASE CAPTION**

CONNECTICUT
  CT   3   08-90 VLB           Katrinka C. Greger v. Bausch & Lomb, Inc.

MINNESOTA
  MN   0   08-354              Sandra B. Foster, et al. v. Bausch & Lomb, Inc.

NEW YORK EASTERN
  NYE  1   08-333              Inge Pigot, et al. v. Bausch & Lomb, Inc.

IN RE: BAUSCH & LOMB INC. CONTACT LENS
SOLUTION PRODUCTS LIABILITY LITIGATION                    MDL No. 1785

## INVOLVED COUNSEL LIST (CTO-23)

Michael Tucker Cole
NELSON MULLINS RILEY & SCARBOROUGH LLP
P.O. Box 1806
Charleston, SC 29402

Wendy Fleishman
LIEFF CABRASER HEIMANN & BERNSTEIN LLP
780 Third Avenue
48th Floor
New York, NY 10017-2024

Andrew S. Groher
RISCASSI & DAVIS PC
131 Oak Street
P.O. Box 261557
Hartford, CT 06126-1557

Jason Kirk Henderson
DANAHER LAGNESE & NEAL PC
Capitol Place
21 Oak Street
Suite 700
Hartford, CT 06106

Gedney M. Howe, III
P.O. Box 1034
Charleston, SC 29402

Charles H. Johnson
CHARLES H JOHNSON & ASSOCIATES PA
2599 Mississippi Street
New Brighton, MN 55112-5060

Scott M. Zimmerman
HEIDELL PITTONI MURPHY & BACH LLP
99 Park Avenue
New York, NY 10016